Appeal, First Circuit, Parish of East Baton Rouge. 194 So.2d 147.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

FOURNET, C. J., is of the opinion that the plaintiff is entitled to the penalties and attorneys' fees claimed under the facts of the case as found to be by the Court of Appeal, and, therefore a writ should be granted in this case.

SUMMERS, J., is of the opinion that the writ should be granted for the reason there was no bona fide cause under the facts for the employer to question the hazardous nature of the employment.

■

196 So.2d 276

**Donald BOLLINGER**

**v.**

**REPUBLIC PETROLEUM CORPORATION.**

**No. 48607.**

March 27, 1967.

In re: Donald Bollinger applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Lafourche. 194 So.2d 139.

The application is denied. The judgment of the Court of Appeal is correct.

HAWTHORNE, J., is of the opinion that the writ should be granted. The holding of the Court of Appeal in the instant case is in conflict with the holding of this court in Melancon v. Texas Co., 230 La. 593, 89 So.2d 135, and other cases decided by the Courts of Appeal.

SANDERS and SUMMERS, JJ., are of the opinion that a writ should be granted for the reasons assigned in No. 48608, Melancon v. Republic Petroleum Corp., 250 La. 464, 196 So.2d 277.